

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. **21-MJ-1589** |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 8 U.S.C. Section |
| ) | 1324(a)(2)(B)(iii)- |
| Annette BEJARANO-Hernandez, ) | Bringing in Unlawful Alien(s) |
| ) | Without Presentation |
| Defendant. ) | |
| ) | |

The undersigned complainant being duly sworn states:

On or about April 24, 2021, within the Southern District of California, Defendant Annette BEJARANO-Hernandez, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said aliens, namely, Carlos Alexander ALMEYDA-Zapata and Eduardo PEREZ-Maldonado, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 26th of April 2021.

_____
HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMNT

I, United States Customs and Border Protection (CBP) Officer Efrain Carrillo, declare under penalty of perjury the following to be true and correct:

The complainant states that Carlos Alexander ALMEYDA-Zapata and Eduardo PEREZ-Maldonado, are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material, that it is impractical to secure their attendance at trial by subpoena and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On April 24, 2021, at approximately 9:10 A.M., Annette BEJARANO-Hernandez (Defendant), a citizen of the United States (U.S), made application for admission to the United States from Mexico at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a Nissan Sentra via the Secure Electronic Network for Travelers Rapid Inspection (SENTRI). As Defendant's vehicle approached the primary inspection booth, a U.S Customs and Border Protection (CBP) Officer observed the rear of her vehicle sitting low. Upon inspection before the CBP Officer, Defendant presented her U.S SENTRI Card and said she was going to San Diego, California with nothing to declare from Mexico. The CBP Officer conducted an inspection of the vehicle's trunk and discovered two individuals within. The CBP Officer radioed for assistance and responding officers escorted the Defendant to the security office for further inspection. Responding officers drove the vehicle to the vehicle secondary lot for further inspection.

In the vehicle secondary lot, responding CBP Officers assisted and removed two individuals from the trunk. The individuals, were later identified as Carlos Alexander ALMEYDA-Zapata (MW1) and Eduardo PEREZ-Maldonado (MW2), were determined to be a Peruvian and a Mexican citizen, respectively, without lawful documents to enter or reside in the United States and were held as Material Witnesses.

At approximately 11:05 A.M., Defendant was advised of her Miranda rights and elected to make a statement. Defendant stated she was going to Chula Vista, California to pick up $9,999 U.S dollars from an unknown individual and transport it to Tijuana, Mexico. Defendant admitted she would receive a monetary payment of $1,000 U.S upon delivery. Defendant denied knowledge of the individuals concealed within her vehicle.

Probable Cause Statement Continued on page 2…
Continuation of Probable Cause Statement
RE: Annette BEJARANO-Hernandez (Defendant)

A videotaped interview was conducted with Material Witnesses. MW1 stated he is a citizen of Peru without lawful documents to enter or reside in the United States. MW2 stated he is a citizen of Mexico without lawful documents to enter or reside in the United States. MW1 and MW2 stated family members made the smuggling arrangements. MW1 stated his brother was going to pay an unknown smuggling fee and had a destination of Los Angeles, California. MW2 stated his father was going to pay a smuggling fee of $17,000 USD and had a destination of Los Angeles, California.

Executed on this 24th day of April 2021 at 5:00 P.M.

*[signature]*
Efrain Carrillo / CBP Officer

On the basis of the facts presented in the Probable Cause Statement consisting of two (2) pages, I find probable cause to believe that the defendant named therein committed the offense on April 24, 2021 in violation of Title 8, United States Code, Section 1324.

*Barbara L Major*
MAGISTRATE JUDGE

10:19 AM, Apr 25, 2021
DATE / TIME